UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of PETER B. TAYLOR, Deceased, Respondent, *v.* IRVING K. TAYLOR et al., Appellants, and JOHN M. PERRY et al., Respondents.

*Will — construction — vesting of remainder.*

*U. S. Trust Co. of N. Y. v. Taylor,* 193 App. Div. 153, affirmed. (Submitted January 12, 1922; decided January 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 5, 1920, which modified and affirmed as modified a judgment entered upon a decision of the court on trial at Special Term construing the will of Peter B. Taylor, deceased. The question involved is whether the testator in providing by article fifth of his will that, upon the death of his sister Jeannie McKewan, the trust fund theretofore held for her benefit should be distributed " among my next heirs by blood according to the Statute of Distribution of the State of New York " intended thereby the persons who were in fact his heirs at his death, or intended thereby the persons who would have been his heirs had he died at the same instant as his sister. The Appellate Division directed distribution among the persons who were testator's heirs at his death.

*John Francis Moore* and *Maurice J. Moore* for appellants.

*McCready Sykes* and *W. A. W. Stewart* for plaintiff, respondent.

39

*Hersey Egginton, Francis C. Nickerson* and *Henry H. Dimon* for respondents.

*Charles Green Smith* and *Lawrence Atterbury* for Marie S. Gilbert, individually and as executrix of Albert C. Bostwick, deceased, intervener.

Judgment affirmed, with costs, on opinion of GREEN-BAUM, J., below.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.